1  MARGARET ROSENTHAL (SBN 147501)
2  SABRINA L. SHADI (SBN 205405)
   JENKENS & GILCHRIST, LLP
3  12100 Wilshire Boulevard, 15th Floor
   Los Angeles, California 90025-7120
4  Telephone:    (310) 820-8800
   Facsimile:    (310) 820-8859
5  mrosenthal@jenkens.com
   sshadi@jenkens.com
6
7  Attorneys for SNAP-ON INCORPORATED and
   SNAP-ON INCORPORATED DISABILITY INCOME PROGRAM
8

9                       UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA - FRESNO

11

12 | KAREN PROKSEL,                               | Case No. 1:06-CV-01830-AWI-DLB |
13 |                    Plaintiff,                | **STIPULATION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO THE COMPLAINT; and ORDER** |
14 | vs.                                          |
15 | SNAP-ON INCORPORATED DISABILITY INCOME PROGRAM FOR EXEMPT EMPLOYEES, SNAP-ON INCORPORATED, IN ITS CAPACITY AS PLAN ADMINISTRATOR OF THE SNAP-ON INCORPORATED DISABILITY INCOME PROGRAM FOR EXEMPT EMPLOYEES; |
16 |
17 |
18 |
19 |
20 |                    Defendants.               |
21

22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

LOSANGELES 331902v1 70765-00001

*Stipulation For Extension Of Time In Which To Respond To The Complaint; Proposed Order*

1  WHEREAS, on January 18, 2007, the parties filed a stipulation pursuant to Gen L.R. 6-144(a) to provide defendants Snap-On Incorporated Disability Income Program for Exempt Employees and Snap-On Incorporated, In Its Capacity As Plan Administrator of the Snap-On Incorporated Disability Income Program for Exempt Employees (the "Defendants") a one week extension, to January 29, 2007, of the deadline for responding to the complaint;

WHEREAS, on January 26, 2007, the parties filed a second stipulation pursuant to Gen L.R. 6-144(a) to provide the Defendants with an additional extension, to February 21, 2007, of the deadline for responding to the complaint, to allow the defendants, among other things, to explore whether additional interested parties existed who required notice and an opportunity to participate in this action;  this extension fell within the 30 day rule for extensions by stipulation without court approval;

WHEREAS, the Defendants are in the process of bringing in counsel regarding the Long Term Disability portion of the Plan and procuring the appropriate files necessary to prepare a responsive pleading.  Accordingly, Defendants require a brief three week extension of time to respond to the complaint until March 14, 1007.  In light of these circumstances; the parties also plan to file a separate stipulation to continue the Scheduling Conference currently set for March 20, 2007 to a date in early April;

WHEREAS, no scheduling order has been entered in this case and the plaintiff will not be prejudiced if a further limited extension is granted;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

*Stipulation For Extension Of Time In Which*
*To Respond To The Complaint; Proposed Order*

LOSANGELES 331902v1 70765-00001

1  THEREFORE, it is hereby stipulated by and between plaintiff Karen Proskel and the
2 Defendants, through their undersigned counsel, that the time within which the defendants shall
3 answer or otherwise respond to the Complaint is extended through and including March 14,
4 2007.

DATED: February 20, 2007           KANTOR & KANTOR LLP


                                   By: ____/s/_____
                                       TRACY COLLINS
                                       Attorneys for Plaintiff KAREN PROKSEL


DATED: February 20, 2007           JENKENS & GILCHRIST, LLP



                                   By: ____/s/_____
                                       SABRINA L. SHADI
                                       Attorneys for Defendant SNAP-ON
                                       INCORPORATED DISABILITY INCOME
                                       PROGRAM FOR EXEMPT EMPLOYEES AND
                                       SNAP-ON INCORPORATED, IN ITS CAPACITY
                                       AS PLAN ADMINISTRATOR OF THE SNAP-ON
                                       INCORPORATED DISABILITY INCOME
                                       PROGRAM FOR EXEMPT EMPLOYEES

## ORDER

Based upon the foregoing Stipulation, and finding good cause therefor, IT IS HEREBY ORDERED that:

The defendants Snap-On Incorporated Disability Income Program for Exempt Employees and Snap-On Incorporated, In Its Capacity As Plan Administrator of the Snap-On Incorporated Disability Income Program for Exempt Employees are granted an extension through and including March 14, 2007 in which to file and serve a response to the complaint in this action.

DATED: February 20, 2007         /s/ *Dennis L. Beck*
                                                              Honorable Dennis L. Beck
                                                              U.S. MAGISTRATE JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA ) 
) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Jenkens & Gilchrist, LLP, 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California 90025. On February 20, 2007, the **STIPULATION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO THE COMPLAINT** will be served on the person(s) listed below:

Glenn R. Kantor, Esq. (SBN 122643)
Tracy Collins, Esq. (SBN 144307)
KANTOR & KANTOR LLP
17216 Parthenia Street
Northridge, CA 91403
gkantor@kantorlaw.net
tcollins@kantorlaw.net
Telephone No.:  (818) 886-2525
Facsimile No.:   (818) 350-6272

☒ via electronic mail by the U.S. District Court - Live System.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on February 20, 2007, at Los Angeles, California.

_____
CHARLENE E. STAMPS