1  MARGARET ROSENTHAL (SBN 147501)
2  SABRINA L. SHADI (SBN 205405)
   JENKENS & GILCHRIST, LLP
3  12100 Wilshire Boulevard, 15th Floor
   Los Angeles, California 90025-7120
4  Telephone:   (310) 820-8800
   Facsimile:    (310) 820-8859
5  mrosenthal@jenkens.com
   sshadi@jenkens.com
6
7  Attorneys for SNAP-ON INCORPORATED

8                    UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA - FRESNO

10

11 | KAREN PROKSEL,                               | ) | Case No. 1:06-CV-01830-AWI-DLB |

12 |                          Plaintiff,          | ) | **STIPULATION TO CONTINUE SCHEDULING CONFERENCE; and ORDER THEREON** |

13 | vs.                                          | ) |  |

14 | SNAP-ON INCORPORATED DISABILITY INCOME PROGRAM FOR EXEMPT EMPLOYEES, SNAP-ON INCORPORATED, IN ITS CAPACITY AS PLAN ADMINISTRATOR OF THE SNAP-ON INCORPORATED DISABILITY INCOME PROGRAM FOR EXEMPT EMPLOYEES; | ) | **Current Scheduling Conference Date** Date:   March 20, 2007 Time: 8:30 a.m. Place: Courtroom 9 |

20 |                          Defendants.         | ) |  |

21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

*Stipulation to Continue Scheduling Conference; Proposed Order*

LOSANGELES 331903v1 70765-00001

1  **WHEREAS,** the Court has entered an order setting a Mandatory Scheduling Conference for March 20, 2007 at 8:30 a.m.;

**WHEREAS**, defendants Snap-On Incorporated Disability Income Program for Exempt Employees and Snap-On Incorporated, In Its Capacity As Plan Administrator of the Snap-On Incorporated Disability Income Program for Exempt Employees (the "Defendants") are in the process of bringing in counsel regarding the Long Term Disability portion of the Plan and procuring the appropriate files necessary to participate in a FRCP Rule 26(f) conference of counsel;

**WHEREAS**, all counsel who are necessary to participate in the Scheduling Conference cannot be available on March 20, 2007;

**WHEREAS,** all counsel who are necessary to participate in the Scheduling Conference reside in Los Angeles, California and therefore will request that their attendance be by telephonic conference;

**WHEREAS,** no scheduling order has been entered in this case and no extensions of the Scheduling Conference date have previously been requested or granted;

**WHEREAS**, counsel have conferred and determined that each could be available to appear for a Scheduling Conference on April, 4, April 5, April 11 or April 12, 2007;  counsel have also determined that they are not available on April 10 or April 17, 2007;

/ / /

1     **THEREFORE,** it is hereby stipulated and agreed by and between plaintiff Karen Proskel
2 and the Defendants that the scheduling conference in this matter scheduled for March 20, 2007 at
3 8:30 a.m. be continued to April 4, 2007, or the next available date, excluding April 10 and April
4 17, 2007.

6   DATED: February 20, 2007              KANTOR & KANTOR LLP

9                                       By:    /s/
                                             TRACY COLLINS
                                             Attorneys for Plaintiff KAREN PROKSEL

13   DATED: February 20, 2007              JENKENS & GILCHRIST, LLP

16                                        By:    /s/
                                             SABRINA L. SHADI
                                             Attorneys for Defendant SNAP-ON
                                             INCORPORATED DISABILITY INCOME
                                             PROGRAM FOR EXEMPT EMPLOYEES AND
                                             SNAP-ON INCORPORATED, IN ITS CAPACITY
                                             AS PLAN ADMINISTRATOR OF THE SNAP-ON
                                             INCORPORATED DISABILITY INCOME
                                             PROGRAM FOR EXEMPT EMPLOYEES

**<u>ORDER</u>**

Based on the foregoing Stipulation, and finding good cause therefor, it is hereby ORDERED that:

The March 20, 2007 Scheduling Conference be continued to April 11, 2007 at 8:30 a.m.

DATED: February 20, 2007        /s/ *Dennis L. Beck*
                                Honorable Dennis L. Beck
                                UNITED STATES MAGISTRATE JUDGE