IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN PROKSEL, ) | 1:06-CV-1830 AWI DLB |
| ) | |
| Plaintiff, ) | ORDER DISMISSING |
| ) | CERTAIN DEFENDANTS AND |
| v. ) | CAUSES OF ACTION IN |
| ) | LIGHT OF RULE 41(a)(1)(ii) |
| SNAP-ON INCORPORATED ) | STIPULATION |
| DISABILITY INCOME PROGRAM ) | |
| FOR EXEMPT EMPLOYEES, et al., ) | |
| ) | |
| Defendants. ) | |

On July 5, 2007, Plaintiff filed a stipulation for dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Pursuant to the stipulation, and finding good cause, the court ORDERS that:

(a) Defendant Snap-On Incorporated, In Its Capacity As Plan Administrator Of The Snap-On Incorporated Disability Income Program For Exempt Employees, as well as any claims that were or could have been brought against Snap-on Incorporated, are dismissed with prejudice.

(b) Plaintiff's claim for short term disability benefits only as against defendant Snap-On Incorporated, In Its Capacity As Plan Administrator Of The Snap-On Incorporated Disability Income Program For Exempt Employees and defendant Snap-On Incorporated Disability Income Program For Exempt Employees is dismissed with prejudice; Plaintiff's claim for long term disability benefits remains at issue herein and is not dismissed.

(c) Each of the parties is to bear its/her own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:   July 6, 2007**                                        **/s/ Anthony W. Ishii**
                                                                         UNITED STATES DISTRICT JUDGE

2