1  LAW OFFICES OF TRACY COLLINS
   TRACY COLLINS, State Bar No. 144307
2  E-Mail: erisadisability@aol.com
   5699 Kanan Road, Suite 415
3  Agoura Hills, CA 91301
   Telephone: (818) 889-2441
4  Facsimile: (818) 889-1210

5  Attorneys for Plaintiff Karen Proksel

6  BURKE, WILLIAMS & SORENSEN, LLP
   STEPHEN H. GALTON, State Bar No. 46732
7  E-mail: sgalton@bwslaw.com
   KEIKO J. KOJIMA, State Bar No. 206595
8  E-mail: kkojima@bwslaw.com
   444 South Flower Street, Suite 2400
9  Los Angeles, California 90071
   Telephone: (213) 236-0600
10 Facsimile: (213) 236-2700

11 Attorneys for Defendant Snap-On Incorporated Disability Income Program for Exempt Employees Only

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| KAREN PROKSEL, | CASE NO. 1:06-CV-01830-AWI DLB |
|---|---|
| Plaintiff, | **STIPULATION AND REQUEST FOR TELEPHONIC APPEARANCE ON BEHALF OF BOTH PARTIES TO ATTEND THE HEARING ON DEFENDANT'S MOTION TO REMAND TO THE PLAN ADMINISTRATOR; [PROPOSED] ORDER** |
| vs. | |
| SNAP-ON INCORPORATED DISABILITY INCOME PROGRAM FOR EXEMPT EMPLOYEES, SNAP-ON INCORPORATED, IN ITS CAPACITY AS PLAN ADMINISTRATOR OF THE SNAP-ON INCORPORATED DISABILITY INCOME PROGRAM FOR EXEMPT EMPLOYEES, | DATE: October 5, 2007<br>TIME: 9:00 a.m.<br>CTRM: 5 |
| Defendants. | |

25  / / /
26  / / /
27  / / /
28  / / /

Plaintiff Karen Proksel and Defendant Snap-On Incorporated Disability Income Program for Exempt Employees Only, by and through their respective counsel of record, hereby stipulate and request that both parties be permitted to appear telephonically at the hearing on Defendant's motion for remand to the plan administrator scheduled for October 5, 2007 at 9:00 a.m.

This request is made because both counsel are located in County of Los Angeles, California and the hearing is scheduled to take place in Fresno, California. It would save both parties significant costs and fees, and their counsel's travel time, to allow counsel to appear by telephone. Accordingly, the parties respectfully request that their counsel be allowed to appear telephonically.

DATED:  September 18, 2007     LAW OFFICES OF TRACY COLLINS
                               TRACY COLLINS


                               By: */s/ Tracy Collins (as authorized on September 18, 2007)*
                                       TRACY COLLINS
                                   Attorneys for Plaintiff Karen Proksel

DATED:  September 18, 2007     BURKE, WILLIAMS & SORENSEN, LLP
                               STEPHEN H. GALTON
                               KEIKO J. KOJIMA


                               By: */s/ Keiko J. Kojima*
                                       KEIKO J. KOJIMA
                                   Attorneys for Defendants

# ORDER

For good cause having been shown, the parties' request to appear telephonically at the October 5, 2007 motion for remand to the plan administrator is hereby granted.

DATED:  _September 25, 2007_____   /s/ Dennis L. Beck_____
_____
U.S. MAGISTRATE JUDGE