UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN PROKSEL,<br><br>    Plaintiff,<br><br>vs.<br><br>SNAP-ON INCORPORATED DISABILITY INCOME PROGRAM FOR EXEMPT EMPLOYEES, SNAP-ON INCORPORATED, IN ITS CAPACITY AS PLAN ADMINISTRATOR OF THE SNAP-ON INCORPORATED DISABILITY INCOME PROGRAM FOR EXEMPT EMPLOYEES,<br><br>    Defendants. | Case No.: 1:06-CV-01830-AWI DLB<br><br>[The Honorable Anthony W. Ishii presiding]<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING, HEARING AND TRIAL DATES SET FORTH IN 11/29/07 ORDER AND MAGISTRATE BECK'S 8/9/07 TRIAL SETTING ORDER** |

Plaintiff Karen Proksel ("Plaintiff") and Defendant Snap-On Incorporated Disability Income Program for Exempt Employees ("the Plan") hereby request that the briefing and hearing schedule outlined in the Court's November 29, 2007 Order be continued by approximately one to two weeks as follows, with a commensurate continuance of the trial briefing schedule and date outlined in Magistrate Beck's August 9, 2007 Order:

| | | |
|---|---|---|
| Deadline for filing (a) briefs re: whether Plaintiff has exhausted her administrative remedies, and (b) supplemental briefs regarding which entity made benefit decisions in relation to Plaintiff's Motion on the Standard of Review. | December 14, 2007 | December 21, 2007 |
| Deadline for filing responsive briefs regarding (a) exhaustion, and (b) identity of who made benefit decisions. | January 7, 2008 | January 22, 2008 |
| Deadline for filing responses to any objections for additional evidence submitted on either brief. | January 14, 2008 | January 28, 2008 |
| Hearing on (a) exhaustion issue; and (b) Plaintiff's Motion on Standard of Review. | January 22, 2008, 1:30 p.m. | February 4, 2008 1:30 p.m. |

///

Good cause exists for this continuance. Both counsel currently have pre-planned vacations scheduled during the briefing schedule set by the Court in the November 27, 2007 Order; Plaintiff's counsel will be unavailable in late December and early January, and Defendant's counsel will be unavailable on the hearing date of January 22, 2008. Because of the upcoming holiday and anticipated vacation schedules, Defendant Plan also needs additional time to obtain the evidence specifically requested by the Court for the supplemental briefing on the identity of the decision-makers.

Additional time is likewise necessary because the parties are meeting and conferring regarding the scope of the Administrative Record to present to the Court with regard to the exhaustion issue.

With the added briefing requirements, a continuance of the trial briefing and date is appropriate. Because the current issues at stake significantly impact the need for a trial and/or the issues to be tried, the parties request a continuance of the trial schedule as follows:

| Event | Current Date | Requested Date |
| --- | --- | --- |
| Deadline for filing opening trial briefs | February 15, 2008 | March 24, 2008 |
| Deadline for filing responsive trial briefs | February 29, 2008 | April 7, 2008 |
| Trial (half-day) | March 18, 2008 9:00 a.m. | May 5 or 6, 2008 |

///
///
///
///
///
///

The parties therefore request that the Court grant these short continuances of the briefing and hearing schedules outlined in its November 29, 2007 Order and Magistrate Beck's August 9, 2007 Order.

Dated: November 30, 2007        Law Offices of Tracy Collins

                                By:/s/ *Tracy Collins*
                                Tracy Collins
                                Attorneys for Plaintiff Karen Proksel

Dated: November 30, 2007        Burke, Williams & Sorensen, LLP
                                Melissa M. Cowan
                                Keiko J. Kojima

                                By:/s/ *Melissa M. Cowan*
                                Melissa M. Cowan
                                Attorneys for Defendant Snap-On Incorporated Disability Income Program for Exempt Employees Only

## **ORDER**

It is hereby ordered that the briefing and hearing schedule set forth in the Court's November 27, 2007 Order and Magistrate Judge Beck's August 9, 2007 Order be amended as follows:

| Event | Current Date | Ordered Date |
|---|---|---|
| Deadline for filing (a) briefs re: whether Plaintiff has exhausted her administrative remedies, and (b) supplemental briefs regarding which entity made benefit decisions in relation to Plaintiff's Motion on the Standard of Review. | December 14, 2007 | December 21, 2007 |
| Deadline for filing responsive briefs regarding (a) exhaustion, and (b) identity of who made benefit decisions. | January 7, 2008 | January 22, 2008 |
| Deadline for filing responses to any objections for additional evidence submitted on either brief. | January 14, 2008 | January 28, 2008 |
| Hearing on (a) exhaustion issue; and (b) Plaintiff's Motion on Standard of Review. | January 22, 2008 1:30 p.m. | February 4, 2008 1:30 p.m. |
| Deadline for filing opening trial briefs. | February 15, 2008 | March 24, 2008 |

5   CASE NO. 1:06-CV-1830-AWI DLB
STIPULATION AND ORDER TO CONTINUE ETC.

| Event | Current Date | Ordered Date |
|---|---|---|
| Deadline for filing responsive trial briefs. | February 29, 2008 | April 7, 2008 |
| Trial (half-day) | March 18, 2008 | May 6, 2008  9:00 a.m. |

**IT IS SO ORDERED.**

**Dated:** ___December 5, 2007___          **/s/ Anthony W. Ishii**
                                            **UNITED STATES DISTRICT JUDGE**