Law Offices of Tracy Collins
Tracy Collins, State Bar No. 144907
E-Mail: erisadisability@aol.com
5699 Kanan Road, Suite 415
Agoura Hills, CA 91301
Telephone: (818) 889-2441
Facsimile: (818) 889-1210

Attorneys for Plaintiff Karen Proksel

Burke, Williams & Sorensen, LLP
Melissa M. Cowan, Bar No. 175326
Keiko J. Kojima, Bar No. 206595
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Telephone:   213.236.0600
Facsimile:    213.236.2700

Attorneys for Defendant Snap-On
Incorporated Disability Income Program for
Exempt Employees Only

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN PROKSEL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SNAP-ON INCORPORATED DISABILITY INCOME PROGRAM FOR EXEMPT EMPLOYEES, SNAP-ON INCORPORATED, IN ITS CAPACITY AS PLAN ADMINISTRATOR OF THE SNAP-ON INCORPORATED DISABILITY INCOME PROGRAM FOR EXEMPT EMPLOYEES,<br><br>　　　　Defendant.<br>_____ | Case No.  1:06-CV-01830-AWI DLB<br><br>[The Honorable Anthony W. Ishii presiding]<br><br>**STIPULATION TO ALLOW DE NOVO REVIEW OF ERISA CLAIM, TAKE PLAINTIFF'S MOTION ON STANDARD OF REVIEW OFF CALENDAR, CONFIRM HEARING ON EXHAUSTION ISSUE**<br><br>Date: February 4, 2007<br>Time:  1:30 p.m.<br>Ctrm. 2 |

/ / /

/ / /

/ / /

　　　　Plaintiff Karen Proksel ("Proksel" or "Plaintiff") and Defendant Snap-On Incorporated Disability Income Program for Except Employees Only ("the Plan" or "Defendant") hereby stipulate as follows:

1. The standard of review for Plaintiff's claim for disability benefits under ERISA in the instant lawsuit only shall be de novo, rather than abuse of discretion.

2. Plaintiff's Motion to Determine the Standard of Review, set for February 4, 2008 at 1:30 p.m. is withdrawn and shall be taken off calendar.

3. The hearing on the issue of whether Plaintiff has exhausted her administrative remedies should remain on calendar for February 4, 2008 at 1:30 p.m. with the same briefing schedule.


Dated: December 20, 2007

Law Offices of Tracy Collins
By:/s/ Tracy Collins [as authorized on December 20, 2007]
Tracy Collins
Attorneys for Plaintiff Karen Proksel


Dated: December 20, 2007

Burke, Williams & Sorensen, LLP
Melissa M. Cowan
Keiko J. Kojima
By:/s/ Melissa M. Cowan
Melissa M. Cowan
Attorneys for Defendant Snap-On Incorporated Disability Income Program for Exempt Employees Only


## ORDER

IT IS SO ORDERED.

**Dated:   December 21, 2007              /s/ Anthony W. Ishii**
                                   UNITED STATES DISTRICT JUDGE