IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN PROKSEL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SNAP-ON INCORPORATED ) <br> DISABILITY INCOME PROGRAM ) <br> FOR EXEMPT EMPLOYEES; ) <br> SNAP-ON, INC., in its capacity as Plan ) <br> Administrator of the Snap-On ) <br> Incorporated Disability Income ) <br> Program for Exempt Employees, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | CIV F 06-1830  AWI DLB <br> <br> ORDER VACATING <br> FEBRUARY 4, 2008, HEARING <br> DATE IN LIGHT OF NOTICE <br> OF SETTLEMENT |

On January 28, 2008, the parties filed a notice of settlement and advised the Court that the February 4, 2008, hearing on the issue of exhaustion of administrative remedies should be taken off calendar. <u>See</u> Court's Docket Doc. No. 70.

Accordingly, IT IS HEREBY ORDERED that the February 4, 2008, hearing date is VACATED in light of the parties' notice of settlement.

IT IS SO ORDERED.

**Dated:    January 29, 2008**              /s/ Anthony W. Ishii
                                   UNITED STATES DISTRICT JUDGE